FILED
JUL 24 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate Case No.: '08 MJ 8676 |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | 21 U.S.C. § 952 and 960 |
| Miguel Angel SERVIN-Espinoza, | Importation of a Controlled Substance (Felony) |
| Defendant. | |

The undersigned complainant being duly sworn states:

On July 23, 2008, within the Southern District of California, defendant Miguel Angel SERVIN-Espinoza did knowingly and intentionally import approximately 235.64 kilograms (518.41 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Cole Dotson, Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 24TH, DAY OF JULY 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Miguel Angel SERVIN-Espinoza

## STATEMENT OF FACTS

This statement of facts is based on personal observation, investigation, and information provided to US Immigration and Customs Enforcement Special Agent Cole Dotson.

On July 23, 2008, at approximately 1515 hours, Miguel Angel SERVIN-Espinoza entered the United States at the Calexico, California, East Port of Entry. SERVIN was the driver of a green 1999 International tractor bearing California license plate VP25596.

The primary inspector, Customs and Border Protection Officer (CBPO) Perez tapped the fuel tank, which Perez reported as sounding "solid." CBPO Perez referred the tractor to the truck x-ray for a closer examination.

The operator of the x-ray, CBPO Augustine noticed "anomalies" in the fuel tank. CBPO Augustine referred the tractor to the enforcement dock for a canine inspection.

CBPO Leon conducted a canine inspection of the tractor. The canine responded to both fuel tanks of the tractor.

A subsequent inspection of the tractor by CBPO Chong revealed 8 packages concealed within both fuel tanks. CBPO Chong probed one of the packages and a sample of white powdery substance was obtained. The sample field-tested positive for cocaine. The 8 packages had a combined net weight of approximately 235.64 kilograms (518.41 pounds).

SERVIN was placed under arrest and was advised of his rights per Miranda. SERVIN acknowledged, waived his rights, and agreed to answer questions. SERVIN denied knowledge. SERVIN stated that he is only a truck driver, driving the truck to Calexico, CA as instructed by his boss.