EZEKIEL E. CORTEZ
California State Bar # 112808
The Executive Complex
1010 Second Avenue, Suite 1850
San Diego, California  92101
(619) 237-0309
Email: www.lawforjustice@aol.com

# THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA
### (THE HONORABLE PETER C. LEWIS)

| | |
|---|---|
| United States of America, ) | Case No. 08-CR-8676 |
| Plaintiff, ) | **PROOF OF SERVICE** |
| vs. ) | |
| MIGUEL SERVIN-ESPINOZA ) | |
| Defendant, ) | |

I, the undersigned, hereby declare as follows:

1. I am over 18 years of age, a resident of the County of San Diego, State of California, counsel for the Defendant and that my address is 1010 Second Avenue, Suite 1850, San Diego, CA 92101;

2. That today I served the Motion for Substitution of Attorney on opposing counsel by causing to be delivered by e-filing to the Office of the Clerk; and that I mailed a copy to Defendant.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 18, 2008                        /S/Ezekiel E. Cortez
                                              Ezekiel E. Cortez

---

*Motion for Substitution of Attorney, U.S. v. Servin-Espinoza,* **08CR-8676**

**1**