FILED

08 AUG 20 PM 4:51

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:                    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2008 Grand Jury  '08 CR 2798    JLS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | I N D I C T M E N T |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine with Intent to Distribute |
| MIGUEL ANGEL SERVIN-ESPINOZA, ) | |
| Defendant. ) | |

The grand jury charges:

Count 1

On or about July 23, 2008, within the Southern District of California, defendant MIGUEL ANGEL SERVIN-ESPINOZA did knowingly and intentionally import 5 kilograms and more, to wit: approximately 235.64 kilograms (518.41 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//
//

AGS:fer:Imperial
8/19/08

Count 2

On or about July 23, 2008, within the Southern District of California, defendant MIGUEL ANGEL SERVIN-ESPINOZA did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 235.64 kilograms (518.41 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: August 20, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JAMES P. MELENDRES
Assistant U.S. Attorney