1  Ezekiel E. Cortez
   CA Bar No. 112808
2  The Executive Complex
   1010 Second Avenue,
3  Suite 1850, San Diego, CA 92101
4  Tel (619)237-0309 Fax (619)237-8052

FILED

AUG 2 1 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          EF          DEPUTY

5
       IN THE UNITED STATES DISTRICT COURT
6    FOR THE SOUTHERN DISTRICT OF CALIFORNIA
7       (THE HONORABLE PETER C. LEWIS)

8  UNITED STATES GOVERNMENT,  ) Case No. 08MG-8676
9              Plaintiff,      )      08CR2798-JLS
                               )
10       vs.                   ) **MOTION FOR**
                               ) **SUBSTITUTION OF ATTORNEY**
11  MIGUEL ANGEL SERVIN-       )
12  ESPINOZA,                  )
                               )
13          Defendant,         )
                               )
14  _____)

15
16       The undersigned hereby agree that Ezekiel E. Cortez, Esq., shall be
17  substituted as counsel for defendant, Miguel Angel Servin-Espinoza, and that
18  Mark F. Adams, shall be relieved as counsel in the above-captioned case.

19
20  Dated: 8-15-08                   _Miguel A. Servin .C_
                                     MIGUEL ANGEL SERVIN-ESPINOZA
21                                   Defendant

22  Dated: 8-15-08                   _____
23                                   EZEKIEL E. CORTEZ, Esq.

24  Dated: Aug 18, 08                _____
25                                   MARK F. ADAMS, Esq.

26
27     **IT IS SO ORDERED.**
28  Dated: 8-21-08                   _____
29                                   HON. PETER C. LEWIS
                                     U.S. Magistrate Court Judge
30